(Answer To Complaint)   09/28/10

To: United States District Court
Middle District of Alabama.

RECEIVED
2010 SEP 28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States of America            ) Civil Action No.
                                    )
           V                        ) 2:10-W-594 WC
                                    )
Becky Moses and William R. Moses    )

My answer to this complaint is. I do not agree with some of the things in this complaint and there are some circumstances that the court needs to hear, about how we ended up in this mess.

I am a 67 yr. old Heart Patient and I am not working because of Health reasons. My wife is 65 and has been on disability for 25 yrs. and can't work. We don't have the money to pay a attorney to file this answer so I am doing it my self. I hope this is sufficent.

I want my day in court before a decisson is made on this complaint.

Thank You,
William R. Moses
Becky Moses

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, _William R. Moses_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _Fax + Mail_ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _28_ day of _Sept_ 20__, to:

_William E. Farriot_
_Department of Justice - Tax Division_
_P.O. Box 1498_
_Washington, D.C. 20044_

_09/28/10_  _William R. Moses_
Date                                        Signature